# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FERNCLIFF CEMETERY ASSOCIATION,
                    Plaintiff,

-against-

TOWN OF GREENBERG, NEW YORK,
                    Defendants.

-----------------------------------------------------------X

18 CIVIL 6411 (CS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 17, 2019, Defendant's motion to disqualify Mr. Turned is denied, and Defendant's motion to dismiss is granted; the dismissal is without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          December 18, 2019

RUBY J. KRAJICK
Clerk of Court

BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/18/2019